**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6077**

RAHEEM L. JONES,

                    Plaintiff - Appellant,

          v.

LIEUTENANT CURRY, Lieutenant/Building Supervisor; LIEUTENANT DYSON, Lieutenant/Building Supervisor; LIEUTENANT GRIFFEN, Lieutenant/Building Supervisor; CORRECTIONAL OFFICER BENZ, Pod Officer; CORRECTIONAL OFFICER HUDSON, Pod Officer; CORRECTIONAL OFFICER LATIF, Pod Officer; CORRECTIONAL OFFICER MYRICK, Pod Officer; LIEUTENANT ALLEN, Lieutenant/Building Supervisor; MS. WITT, Grievance Coordinator; GRANT, Unit Manager; TAMEKA JONES, Building Counselor; MS. WILLIAM, Mental Health Counselor; NURSE MARLAND, Medical Department; NURSE THIGPEN, Medical Department; NURSE THWEATT, Medical Department,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:17-cv-01216-TSE-MSN)

Submitted:  March 13, 2018                    Decided:  March 16, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Raheem L. Jones, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raheem L. Jones appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint as barred by the applicable statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Curry*, No. 1:17-cv-01216-TSE-MSN (E.D. Va. Dec. 21, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
